MARTIN v. THE JUNCTION RAILROAD COMPANY.

APPEAL from the *Fayette* Circuit Court.

*Per Curiam.*—This was an action to recover the amount subscribed to said road, and is in all respects similar to those of *Mc Cray* against the same company, 9 Ind. R. 358, and *Booe* against the same, 10 *id.* 93; and for the reasons there given, the judgment on demurrer to the answer setting up the facts, &c., is reversed.

The judgment is reversed with costs. Cause remanded, &c.

*Saturday, June 25.*

J. S. *Reid* and S. *Heron*, for the appellant.

S. W. *Parker* and J. C. *McIntosh*, for the appellees.